UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LAKEVIEW LOAN SERVICING, LLC,

    Plaintiff,

v.   No. 1:25-CV-064-H

ERIXMILL PEREZ, et al.,

    Defendants.

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed. Dkt. No. 13. No objections were filed, and the plaintiff has taken no action in this case since the complaint was filed on April 22, 2025. *See* Dkt. No. 1.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against defendants are dismissed without prejudice.

So ordered on September 24, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE